UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 0:21-mc-60182-AHS**

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

    Plaintiff,

v.

MARIE ROLDINE ETIENNE

    Defendant,

v.

JP MORGAN CHASE BANK, N.A.
*1200 S Pine Island Road*
*Plantation, FL 33324*

    Garnishee.

_____/

## MOTION FOR WRIT OF GARNISHMENT, AFTER JUDGMENT

Plaintiff, **MATTHEW ORSO AS SUCCESSOR TRUSTEE TO KENNETH D. BELL IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR REX VENTURE GROUP, LLC**, ("**Plaintiff**"), by and through undersigned counsel and pursuant to Rules 64 and 69 of the Federal Rules of Civil Procedure, Local Rule 7069-1 and Chapter 77, Florida Statutes, moves this Clerk of Court for the issuance of a Writ of Garnishment after Judgment directed to **JP MORGAN CHASE BANK, N.A.** ("**Garnishee**"), who is believed by Plaintiff to have possession or control of tangible assets of Defendant, MARIE ROLDINE ETIENNE, ("**Defendant**"), and as grounds alleges:

    1.    On August 14, 2017, the United States District Court for the Western District of North Carolina, Charlotte Division, entered a Final Judgment ("the Judgment") in favor of

Plaintiff and against each individual member of a Defendant Class, including the Defendant herein [Docket item 1].

2. More than thirty days have passed since entry of the Judgment.

3. On January 25, 2021, Plaintiff registered the Judgment in this Court.

4. The amount of the Judgment remains unpaid and unsatisfied. There remains due and owing **$5,402.42**, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

5. The Garnishee may have in its possession and control certain monies or property belonging to the Judgment Defendant sufficient to satisfy the Judgment in whole or in part.

6. All conditions precedent to the institution of this proceeding have occurred or have been performed.

### $100 Fee

7. Pursuant to Administrative Order 2014-86, Local Rule 67.1(c), and Florida Statute Section 77.28, Plaintiff shall no longer pay $100 into Court registry but instead shall make that payment directly to the Garnishee upon demand.

WHEREFORE, Plaintiff MATTHEW ORSO AS SUCCESSOR TRUSTEE TO KENNETH D. BELL IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR REX VENTURE GROUP, LLC, respectfully requests that this Court enter an Order granting this Motion and directing the Clerk of Court to issue a Writ of Garnishment directed to JP MORGAN CHASE BANK, N.A. in the amount of **$5,402.42**, and granting such other relief deemed just and proper.

Dated: May 5, 2021

Respectfully submitted,

*/s/Alison N. Emery*
Alison N. Emery, Esquire
Florida Bar No. 0621641
Emery Law, PLLC
5011 Gate Parkway, Bldg 100, Suite 100
Jacksonville, FL 32256
Telephone 904-404-5800
E-mail: alison@jaxlawyer.com