UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 0:21-mc-60182-AHS**

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

    Plaintiff,

v.

MARIE ROLDINE ETIENNE

    Defendant,

v.

JP MORGAN CHASE BANK, N.A.

    Garnishee.

_____/

## WRIT OF GARNISHMENT

TO STATE OF FLORIDA:
To Each Sheriff of the State
and the U.S. Marshals Service:

    YOU ARE COMMANDED to summon the Garnishee, JP MORGAN CHASE BANK, N.A., c/o CT CORPORATION SYSTEM 1200 S Pine Island Road Plantation, Florida 33324, and who is required to serve an answer to this Writ on Plaintiff's attorney, Alison N. Emery, Esq., Emery Law, PLLC, 5011 Gate Parkway, Bldg. 100, Suite 100, Jacksonville, FL 32256, 904-404-5800, within twenty (20) days after service of this Writ, exclusive of the day of service, and to file the original with the Clerk of the Court either before service on the attorney or immediately thereafter. The answer shall state whether the Garnishee holds any accounts in the name of the Defendant, MARIE ROLDINE ETIENNE, her account number(s) and dollar amount in each account, and whether Garnishee is indebted to the Defendant at the time of the Answer or was indebted at the time of service of the Writ, or any time between such times, and in what sum and what tangible and/or intangible personal property of the Defendant the Garnishee has or had in its possession or control at the time, and whether the Garnishee knows of any other person indebted to the Defendant or who may have any other property of the Defendants in their possession or control. The amount set forth in Plaintiff's motion is $5,402.42, plus accrued post judgment interest at the rate of 1.22% per week since August 14, 2017. This Writ shall continue until the Plaintiff's Final Judgment is paid in full or until otherwise provided by Court ORDER.

**FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF $5,402.42, PLUS INTEREST, COSTS, AND ATTORNEY'S FEES.**

DONE and ORDERED in Chambers at Miami, Florida this __5__ day of _____May_____, 2021.



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: _Esperanza Buchhorst_
Deputy Clerk

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY & OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

> TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff must file any objection within 2 business days if you hand delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 7 days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of hearing. You may attend the hearing with or without an attorney. If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money or property will be released.

> YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAMS IN YOUR AREA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 0:21-mc-60182-AHS**

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

      Plaintiff,

v.

MARIE ROLDINE ETIENNE

      Defendant,

v.

JP MORGAN CHASE BANK, N.A.

      Garnishee.

_____/

## **CLAIM OF EXEMPTION AND REQUEST FOR HEARING**

I claim exemptions from garnishment under the following categories as checked:
_____ 1. Head of family wages. (You must check "a" or "b" below)

    _____a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750.00 or less per week.
    _____b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750.00 per week, but have not agreed in writing to have my wages garnished.

    \_\_\_\_ 2. Social Security benefits.
    \_\_\_\_ 3. Supplemental Security Income benefits.
    \_\_\_\_ 4. Public Assistance (welfare).
    \_\_\_\_ 5. Workers' Compensation.
    \_\_\_\_ 6. Unemployment Compensation.
    \_\_\_\_ 7. Veterans' Benefits.
    \_\_\_\_ 8. Retirement or profit-sharing benefits or pension money.
    \_\_\_\_ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
    \_\_\_\_ 10. Disability Income benefits.
    \_\_\_\_ 11. Prepaid College Trust Fund or Medical Savings Account.
    \_\_\_\_ 12. Other exemptions as provided by law (Explain) _____

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

City: _____ State: _____ Zip: _____ Ph. No.: _____

The statements made in this request are true to the best of my knowledge and belief.

_____
(Defendant's signature)                                                      (Date)

STATE OF FLORIDA
COUNTY OF _____

SWORN AND SUBSCRIBED to before me this _____ day of _____, 20\_\_, by

_____.

                                                     _____
                                                           Notary Public

Personally known \_\_\_\_\_ OR Produced identification _____

Type of Identification Produced _____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered \_\_\_ OR

mailed \_\_\_\_\_ by first class mail to the Plaintiff or Plaintiff's attorney this \_\_\_\_\_ day of _____,

20\_\_\_.

                                                     _____
                                                       Defendant